# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McMahon, Colleen | US District Court-Southern Dis | 08/06/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, NY 10007<br>Chambers 640 Moynihan Courthou | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Foundation #1 |
| 4. Director | Music Bridges Internatinal Inc |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
DISCLOSURE REPORT OFFICE
2008 AUG 12 A 11:18

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Morgan Stanley & Co.-Deferred Compensation |
| 2. 2007 | ▮▮▮▮▮▮▮-Consulting Fee & Deferred Compensation |
| 3. 2007 | Emmis Communications Corp -Director Fees |
| 4. 2007 | CSG Systems Inc-Director Fee |
| 5. 2007 | Linx Partners LLC- Director Fee |
| 6. 2007 | Kohl's Department Stores Inc-Director Fee |
| 7. 2007 | Northstar Realty Finance Corp -Director Fee |
| 8. 2007 | ▮▮▮▮▮▮▮Managing Director |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

4.

5.

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley Venture Investors III (IRA) | Capital Contribution | K |
| 2. | Morgan Stanley Venture Investors III LP | Capital Contribution | K |
| 3. | Skyline Venture Partners LP | Capital Contribution | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | B | Dividend | L | T | | | | | |
| 2. Kohl's Corp. Com (IRA) | | None | O | T | | | | | |
| 3. Thornberg Value Fund Class A Mut Fd. (IRA) | F | Dividend | O | T | | | | | |
| 4. PW First Jewel Associate,L.P. | | None | J | U | | | | | |
| 5. Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | Partial Sale | 7/17 | J | | |
| 6. Hewlett Packard Com (IRA) | A | Dividend | | | Sold | 1/29 | J | B | |
| 7. Intel Corp Com (Trust #2) | | None | | | Sold | 1/19 | K | E | |
| 8. Kohl's Corp Com (Trust #2) | | None | N | T | | | | | |
| 9. Morgan Stanley Venture Investors III LP | | None | K | U | Partial Sale | 7/17 | J | | |
| 10. Psychemedics Corp. Com | A | Dividend | J | T | | | | | |
| 11. Thornburg Ltd Term Muni Fund Nat'l | E | Dividend | | | Sold | 3/26 | P1 | | |
| 12. EES 1986 LP | | None | J | U | | | | | |
| 13. Citibank(Checking) | A | Interest | K | T | | | | | |
| 14. Citibank(Savings) | A | Interest | | | Closed | 1/2 | J | | |
| 15. Citibank(Savings) | A | Interest | | | Closed | 1/2 | J | | |
| 16. Citibank(Savings) | A | Interest | | | Closed | 1/2 | J | | |
| 17. Skyline Venture Partners,L.P. | | None | M | U | Partial Sale | 11/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Information Associates-II,L.P. | | None | | | Terminated | 11/19 | K | | |
| 19. MSCP III L.P. | D | Distribution | L | U | Partial Sale | 1/12 | N | | See Note # 1 |
| 20. McKinley Capital Realty Partners,LLC | | None | J | U | | | | | |
| 21. ▬▬▬(1998 300,0000) | | None | N | R | | | | | |
| 22. ▬▬▬(1998 300,000) | | None | N | R | | | | | |
| 23. Mellon Bank of NE | A | Interest | | | Closed | 11/19 | K | | |
| 24. Bond Finance International Con Due 7/(IRA) | | None | J | T | | | | | |
| 25. Northwestern Mututal Life | A | Interest | J | T | | | | | |
| 26. Citibank Checking (Trust # 2) | A | Interest | J | T | | | | | |
| 27. EVILCO Life Insurnace (Trust # 1) | A | Interest | J | T | | | | | |
| 28. Northwestern Mututal Life (Trust#1) | A | Interest | L | T | | | | | |
| 29. Northwestern Mututal Life(Trust #1) | | None | K | T | | | | | |
| 30. PHL Insurnace (Trust #1) | | None | L | T | | | | | |
| 31. Passport Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 32. SFM Domestic Investments LLC | | None | P1 | U | Buy | 2/14 | K | | |
| 33. | | | | | Buy | 10/9 | L | | |
| 34. | | | | | Partial Sale | 2/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Partial Sale | 8/5 | K | | |
| 36. | | | | | Partial Sale | 10/29 | K | | |
| 37. Sunrise Capital Special Partners, LLC | G | Distribution | N | U | Partial Sale | 4/6 | N | | See Note # 1 |
| 38. CSG Systems International Inc.Com | | None | N | T | Donation | 9/5 | N | | . |
| 39. | | | | | Donation | 11/14 | O | | |
| 40. Quantum Fund(IRA) | | None | | | Liquidated | 1/2 | P1 | | See Note # 6 |
| 41. Summit Mariner, LLC | | None | P1 | U | | | | | |
| 42. Skyline Venture Partners Qualified Purchase Fund II | G | Distribution | O | U | Buy | 10/17 | J | | See Note # 1 |
| 43. | | | | | Partial Sale | 8/16 | N | | |
| 44. | | | | | Partial Sale | 10/17 | K | | |
| 45. | | | | | Stock Distr | 5/18 | J | | See Note # 3 |
| 46. Trident Capital Fund-IV LP | D | Distribution | L | U | Partial Sale | 6/15 | J | | See Note # 1 |
| 47. Sentinel Capital Partners II LP | G | Distribution | L | U | Partial Sale | 8/6 | J | | See Note # 1 |
| 48. | | | | | Partial Sale | 10/19 | N | | |
| 49. ██████LLC | H1 | Distribution | N | U | Partial Sale | 12/20 | P1 | | See Note # 1 |
| 50. Summit Mariner LLC/JP Morgan Checking | A | Interest | M | T | | | | | |
| 51. Rental # 1 /JPMorgan Checking | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rental # 1, ▆▆▆▆ (1999 $ 825,000,)(2006 $1,100,000) | | None | P1 | R | | | | | |
| 53. Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | O | R | | | | | |
| 54. Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 55. JP Morgan(Checking)- | C | Interest | M | T | | | | | |
| 56. Andex Resources LLC | | None | O | U | | | | | |
| 57. Sorco Interfund LP | | None | | | Partial Sale | 8/21 | M | | |
| 58. | | | | | Partial Sale | 9/10 | J | | |
| 59. | | | | | Partial Sale | 9/25 | L | | |
| 60. | | | | | Partial Sale | 10/2 | K | | |
| 61. | | | | | Sale | 10/9 | J | | |
| 62. Long Island Power Authority Bond 6% 12/07 | E | Interest | | | Redemption | 12/3 | N | | |
| 63. NYS Dorm. Authority Bond 5.75% due 07/08 | E | Interest | O | T | | | | | |
| 64. NYS Dorm. Authority Bond 7.5% due 07/10 | C | Interest | K | T | | | | | |
| 65. JP Morgan NY Tax-Free M/M Fund | F | Interest | P2 | T | | | | | |
| 66. Vacant Land ▆▆▆▆ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 67. Five Point Fund LLC | | None | K | U | Partial Sale | 5/14 | J | | |
| 68. Trident Capital Fund V LP | D | Distribution | N | U | Buy | 3/15 | K | | See Note # 1 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 6/22 | K | | |
| 70. | | | | | Buy | 9/19 | J | | |
| 71. | | | | | Partial Sale | 12/26 | K | | |
| 72. | | | | | Stock Distr | 5/1 | J | | See Note # 3 |
| 73. | | | | | Stock Distr | 8/21 | J | | See Note # 3 |
| 74. Nassau Point Partners 1 LP | H1 | Distribution | | | Terminated | 5/15 | P1 | | See Note # 1 |
| 75. Nimblegen Systems LLC Preferred | | None | | | Sold | 8/9 | P2 | H1 | |
| 76. Karsch Capital II LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 77. Origin Investors LP | C | Distribution | J | U | Partial Sale | 9/6 | J | | See Note # 1 |
| 78. Linx Partners (Q) LP | H1 | Distribution | P1 | U | Partial Sale | 9/18 | N | | See Note # 1 |
| 79. | | | | | Partial Sale | 9/5 | L | | |
| 80. | | | | | Buy | 9/5 | L | | |
| 81. | | | | | Partial Sale | 10/28 | P1 | | |
| 82. Grove Capital Commitment Partners LP | G | Distribution | P1 | U | Buy | 1/24 | M | | See Note # 1 |
| 83. | | | | | Buy | 9/26 | L | | |
| 84. | | | | | Partial Sale | 1/27 | M | | |
| 85. | | | | | Partial Sale | 3/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Partial sale | 9/26 | N | | |
| 87. Martha's Vineyard Golf Partners LLC | | None | K | U | | | | | |
| 88. Silvaris Corp Preferred B | | None | N | T | | | | | |
| 89. NY College Savers Program Series 151 | A | Interest | J | T | | | | | |
| 90. JP Morgan (Checking) | G | Interest | P1 | T | | | | | |
| 91. NY State Dorm.Auth 6.1% due 07/19 | E | Interest | O | T | | | | | |
| 92. NY NY Transitional 5.3% due 11/09 | E | Interest | N | T | | | | | |
| 93. NYS Mtge Agency 5.65% due 10/11 | D | Interest | | | Sold | 10/25 | M | | |
| 94. Rome NY HSG DEV 6.25% due 01/18 | D | Interest | M | T | | | | | |
| 95. Oneida Cnty NY 6.25% due 06/15 | E | Interest | O | T | | | | | |
| 96. NY City HSG Dev 5.5% due 11/09 | A | Interest | J | T | | | | | |
| 97. JK & B Capital IV QIP LP | | None | P1 | U | Buy | 1/17 | L | | |
| 98. | | | | | Buy | 4/27 | M | | |
| 99. | | | | | Partial Sale | 5/1 | L | | |
| 100. Perseus Biopharmaceutical Investor LP | G | Distribution | P1 | U | Buy | 3/2 | L | | See Note # 1 |
| 101. | | | | | Buy | 6/6 | L | | |
| 102. | | | | | Buy | 9/7 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Partial Sale | 5/2 | N | | |
| 104. | | | | | Partial Sale | 9/7 | N | | |
| 105. | | | | | Partial Sale | 10/25 | M | | |
| 106. Skyline Venture Partners Qualified Purchaser Fund III LP | | None | O | U | Buy | 1/11 | J | | |
| 107. | | | | | Buy | 2/5 | J | | |
| 108. | | | | | Buy | 3/6 | K | | |
| 109. | | | | | Buy | 6/7 | J | | |
| 110. | | | | | Buy | 7/26 | J | | |
| 111. | | | | | Buy | 10/10 | J | | |
| 112. | | | | | Stock Dist | 5/24 | J | | See Note # 3 |
| 113. | | | | | Stock Dist | 10/27 | J | | See Note # 3 |
| 114. | | | | | Stock Distr | 11/30 | K | | See Note # 3 |
| 115. | | | | | Stock Distr | 7/28 | K | | See Note # 3 |
| 116. Towerbrook Private Equity Partners II LP(name change) | H1 | Distribution | P2 | U | Partial Sale | 8/9 | P2 | | See Note # 1 |
| 117. TCP Limited Partners LLC | H1 | Distribution | P3 | U | Partial Sale | 8/9 | P2 | | See Note # 1 |
| 118. | | | | | Partial Sale | 12/21 | M | | |
| 119. Grove II LP | H1 | Distribution | O | U | Partial Sale | 1/29 | M | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Partial Sale | 3/10 | O | | |
| 121. | | | | | Partial Sale | 3/19 | M | | |
| 122. | | | | | Partial Sale | 12/26 | O | | |
| 123. | | | | | Buy | 1/29 | K | | |
| 124. | | | | | Buy | 12/26 | K | | |
| 125. Tactics II LP | | None | O | U | Buy | 8/24 | M | | |
| 126. Bk of NY-Govt 3rd Party Repo (Found #1) | D | Interest | | | Sold | 7/20 | M | | |
| 127. JP Morgan Checking(Foundation #1) | A | Interest | N | T | | | | | |
| 128. Nassau Point Partners II LP | H1 | Distribution | | | Terminated | 5/15 | P1 | | See Note # 1 |
| 129. MM Community Funding III Sub Note | F | Dividend | N | T | | | | | |
| 130. OR Music LLC | F | Distribution | K | U | Partial Sale | 11/26 | M | | See Note # 1 |
| 131. The EPI Companies LLC | | None | L | U | | | | | |
| 132. Windstar Capital LLC Notes Receviable | | None | N | T | | | | | |
| 133. Jetblue Airways Rstd Com | | None | | | Sold | 9/14 | K | E | |
| 134. Jetblue Airways Rstd Com | | None | | | Sold | 9/14 | K | E | |
| 135. Jetblue Airways Rstd Com | | None | | | Sold | 9/14 | K | E | |
| 136. SFM Participation LP | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Capital Income Builders Fd Cl A(IRA) | B | Dividend | K | T | | | | | |
| 138. Kinderhook NY GO 6.0 6/15/07 | D | Interest | | | Redemption | 6/15 | L | | |
| 139. NYS Env 6.7 6/15/10 | D | Interest | M | T | | | | | |
| 140. MTA 5.00 11/15/07 | D | Interest | | | Redemption | 11/15 | M | | |
| 141. NY HSG 6.375 9/15/15 | D | Interest | | | Sold | 9/18 | L | | |
| 142. NYC Health & Hosp 4.2 2/15/07 | D | Interest | | | Redemption | 2/15 | M | | |
| 143. Onondaga Cnty NY 4.125 5/1/07 | B | Interest | | | Redemption | 5/1 | M | | |
| 144. MSILF M/M | A | Dividend | J | T | | | | | |
| 145. MSILF M/M | A | Dividend | J | T | | | | | |
| 146. MSILF M/M | A | Dividend | J | T | | | | | |
| 147. Nassau Cnty NY GO 5.125 1/1/07 | D | Interest | | | Redemption | 1/2 | M | | |
| 148. NYS Dormitory 5.0 8/15/07 | C | Interest | | | Redemption | 8/15 | L | | |
| 149. NYS TWY Auth 5.0 4/1/07 | B | Interest | | | Redemption | 4/2 | L | | |
| 150. Puerto Rico Pub Bldg 4.0 7/1/26 | E | Interest | | | Sold | 7/2 | N | | |
| 151. NYS Dormitory 5.0 2/15/07 | C | Interest | | | Redemption | 2/15 | M | | |
| 152. Suffolk County WTR 4.625 6/1/07 | A | Interest | | | Redemption | 6/1 | K | | |
| 153. Nassau Cnty NY DD 6.5 5/1/07 | C | Interest | | | Redemption | 5/1 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  NYS Urban Dev 5.7 1/1/27 | C | Interest | | | Sold | 1/3 | M | | |
| 155.  Glen Cove NY Ser A 5.375 1/15/10 | D | Interest | M | T | | | | | |
| 156.  NYS Dormitory 9.0 10/10/07 | E | Interest | | | Redemption | 10/1 | M | | |
| 157.  Northstar Realty Finance Corp Com | G | Dividend | P1 | T | Buy | 8/13 | N | | |
| 158. | | | | | Buy | 9/18 | M | | |
| 159.  Quadramed Corp Com | | None | | | Sold | 11/5 | J | B | |
| 160.  Bank of NY Gov't Repo MM | C | Interest | | | Sold | 9/10 | N | | |
| 161.  Tidewater Acquisition Inc Com | | None | J | T | | | | | |
| 162.  Tidewater Acquisition Inc Pfd | D | Dividend | L | T | | | | | |
| 163.  ARX Global HighYield Sec Fund I LP | | None | P1 | U | | | | | |
| 164.  Eclectic Investment Partners LP | | None | O | U | | | | | |
| 165.  Kinderhook Capital I LP | | None | P1 | U | Buy | 2/1 | L | | |
| 166. | | | | | Buy | 5/31 | K | | |
| 167. | | | | | Buy | 12/5 | K | | |
| 168. | | | | | Partial Sale | 2/1 | L | | |
| 169.  Morris Global Strategies LP | G | Distribution | P1 | U | Buy | 1/2 | M | | See Note # 1 |
| 170.  Capital World Grth & Income Fd Cl A(IRA) | E | Dividend | M | T | Buy | 9/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Thornburg CRE GWT I | A | Dividend | M | T | | | | | |
| 172. Thornburg CRE GWT I | A | Dividend | L | T | | | | | |
| 173. Thornburg CRE GWT I | A | Dividend | L | T | | | | | |
| 174. STIT Liq Asset(IRA) | | None | | | Closed | 1/2 | J | | |
| 175. Thornburg-Core Growth A(Trust #2) | | None | | | Sold | 1/2 | L | | |
| 176. Long Island Power 5.5 12/1/09 | F | Interest | P1 | T | | | | | |
| 177. NYC GO 5.25 8/1/09 | D | Interest | M | T | | | | | |
| 178. NY NY DD 5.0 8/15/16 | D | Interest | | | Sold | 8/15 | M | | |
| 179. NYS Dormitory 5.0 8/1/07 | D | Interest | | | Redemption | 8/1 | M | | |
| 180. NYS Dormitory 5.0 7/1/09 | C | Interest | M | T | | | | | |
| 181. NYS Dormitory 6.0 7/1/07 | E | Interest | | | Redemption | 7/2 | N | | |
| 182. NYS Power Auth 6.5 1/1/08 | D | Interest | L | T | Partial Sale | 1/2 | M | | |
| 183. NYS GO 5.25 8/1/08 | F | Interest | P1 | T | | | | | |
| 184. Erie Cnty NY 5.0 5/1/09 | D | Interest | M | T | | | | | |
| 185. NYS GO 6.0 11/15/08 | E | Interest | N | T | | | | | |
| 186. Niagra Falls NY 5.625 6/15/10 | D | Interest | M | T | | | | | |
| 187. NYC GO 4.125 3/15/10 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. NYC Transitional 5.25 11/15/11 | E | Interest | N | T | | | | | |
| 189. NYS Dormitory 5.0 2/15/11 | E | Interest | P1 | T | | | | | |
| 190. Suffolk County NY 5.0 2/1/09 | E | Interest | P1 | T | | | | | |
| 191. NYC Mun Water 5.8 6/15/29 | E | Interest | P1 | T | | | | | |
| 192. Tobacco Settlement Finc Corp 5.0 6/1/07 | D | Interest | | | Redemption | 6/1 | N | | |
| 193. NYS Dormitory 5.75 2/15/08 | F | Interest | P1 | T | | | | | |
| 194. NYS Dormitory 4.0 8/1/07 | D | Interest | | | Redemption | 8/1 | N | | |
| 195. NYS Dormitory 5.25 7/1/09 | F | Interest | P1 | T | | | | | |
| 196. NYS TWY Auth 5.5 4/1/07 | D | Interest | | | Redemption | 4/2 | N | | |
| 197. Port Authority NY NJ 4.375 12/1/07 | D | Interest | | | Redemption | 12/3 | M | | |
| 198. Yonkers NY 6.25 2/1/16 | E | Interest | N | T | | | | | |
| 199. NYS TWY Auth 5.25 4/1/08 | D | Interest | M | T | | | | | |
| 200. NYC GO 5.125 3/15/19 | D | Interest | M | T | | | | | |
| 201. Nassau Cnty NY 4.0 11/15/08 | C | Interest | M | T | | | | | |
| 202. JP Morgan Tax Free MM Premier Sweep | A | Interest | J | T | | | | | |
| 203. UTS Energy Corp (Com) | | None | M | T | | | | | |
| 204. Safeway Inc (Com) | A | Dividend | | | Sold | 1/12 | N | G | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Emmis Broadcasting Corp Cl A (Com) | | None | | | Buy | 2/14 | J | | |
| 206. | | | | | Partial Sale | 7/17 | M | | |
| 207. | | | | | Sold | 9/18 | J | | |
| 208. Merrill Lynch Redi Assets (MM) | B | Dividend | N | T | | | | | |
| 209. R Thompson Trucking(Subordinated Note) | | None | K | T | | | | | |
| 210. R Thompson Trucking(Preferred Stock) | D | Dividend | | | Redemption | 9/6 | K | | |
| 211. R Thompson Trucking(Com) | | None | K | T | | | | | |
| 212. The EPI Co LLC Sub Note | | None | K | T | | | | | |
| 213. ████████Captial Partners Ltd | E | Distribution | P1 | U | | | | | See Note # 1 & Note # 5 |
| 214. --Snow Beverage Corp Preferred C | | None | | | Buy | 11/15 | M | | See Note # 5 |
| 215. --Intent Mediaworks Ser A Preferred | | None | | | Partial Sale | 11/15 | M | | See Note # 5 |
| 216. --Intent Mediaworks Senior Convertible Promissory Note | | None | | | | | | | See Note # 5 |
| 217. -Dynova Laboratories Inc (Com) | | None | | | Buy | 5/9 | N | | See Note # 5 |
| 218. Alba Advisors LLC | A | Distribution | J | U | Partial Sale | 2/26 | L | | See Note # 1 |
| 219. Camulos Partners LP | G | Distribution | P2 | U | | | | | See Note # 1 |
| 220. Capital SLI Group LLC | | None | P1 | U | | | | | |
| 221. CGI Partners,LP | G | Distribution | P2 | U | Buy | 6/20 | O | | See Note # 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 7/2 | P1 | | |
| 223. | | | | | Buy | 9/17 | M | | |
| 224. | | | | | Partial Sale | 1/10 | N | | |
| 225. | | | | | Partial Sale | 4/26 | L | | |
| 226. | | | | | Partial sale | 7/2 | O | | |
| 227. Duma Global Opportunity Fund LP | G | Dividend | | | Sale | 3/31 | P1 | | |
| 228. Micell Technologies Inc.(Com) | | None | K | T | | | | | |
| 229. 441 East 57th Street LLC | | None | P1 | U | | | | | |
| 230. Half Shell Entertainment Films LLC | | None | K | U | | | | | |
| 231. ICP D100 LLC | A | Distribution | M | U | | | | | See Note # 1 |
| 232. ICP D400 LLC | | None | M | U | | | | | |
| 233. ICP D200 LLC | | None | M | U | | | | | |
| 234. ICP 2800A LLC | | None | N | U | Partial Sale | 5/11 | J | | |
| 235. | | | | | Partial Sale | 7/31 | J | | |
| 236. | | | | | Partial Sale | 9/13 | J | | |
| 237. | | | | | Partial Sale | 12/17 | J | | |
| 238. Linx Partners II LP | | None | P1 | U | Buy | 4/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Partial Sale | 3/23 | P1 | | |
| 257. Triad Liquidating Company LLC | | None | J | U | | | | | |
| 258. HorseTV Media Group Inc Ser A (Com) | | None | | | Worthless | 12/31 | | | |
| 259. Venn Global Opportunity Fund LP | | None | | | Partial Sale | 7/11 | O | | |
| 260. | | | | | Sale | 12/17 | L | | |
| 261. North Salem Acquisition & Development Fund 2005 LP | G | Distribution | P1 | U | Partial Sale | 1/11 | K | | See Note # 1 |
| 262. | | | | | Partial Sale | 2/12 | K | | |
| 263. | | | | | Partial Sale | 3/9 | K | | |
| 264. | | | | | Partial Sale | 4/20 | K | | |
| 265. | | | | | Partial Sale | 5/31 | K | | |
| 266. | | | | | Partial Sale | 6/26 | K | | |
| 267. | | | | | Partial Sale | 7/30 | K | | |
| 268. | | | | | Partial Sale | 8/20 | K | | |
| 269. | | | | | Partial Sale | 9/25 | K | | |
| 270. | | | | | Partial Sale | 10/30 | K | | |
| 271. | | | | | Partial Sale | 12/5 | K | | |
| 272. | | | | | Partial Sale | 12/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Thornburg Core Growth Cl A (IRA) | A | Dividend | N | T | | | | | |
| 274.  STIT Liquid Asset Port M/M(Trust#2) | | None | | | Closed | 1/2 | J | | |
| 275.  Thornburg Invt Tr Intl Value Cl 1 | B | Dividend | K | T | | | | | |
| 276.  Thornburg Invt Tr Intl Value Cl 1 | B | Dividend | K | T | | | | | |
| 277.  Thornburg Invt Tr Intl Value Cl 1 | B | Dividend | K | T | | | | | |
| 278.  Jetblue (Com) | | None | O | T | Donated | 2/13 | O | | |
| 279. | | | | | Donated | 8/10 | M | | |
| 280. | | | | | Donated | 11/9 | N | | |
| 281.  ML Institutional Fund MM | F | Dividend | P1 | T | Opened | 3/11 | O | | |
| 282.  Interactive Brokers LLC--Futures Fund | D | Interest | M | T | Buy | 6/5 | M | | |
| 283.  ICP D600 LLC | | None | P1 | U | | | | | |
| 284.  ICP 2800B LLC | A | Distribution | M | U | | | | | See Note # 1 |
| 285.  Horse TV Media Group Inc SerB (Pfd) | | None | | | Worthless | 12/31 | | | |
| 286.  ███████ West 12th St LLC | | None | P1 | U | | | | | |
| 287.  Aisling Capital II LP | | None | P1 | U | Buy | 2/2 | M | | |
| 288. | | | | | Buy | 4/2 | M | | |
| 289. | | | | | Buy | 7/2 | M | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy | 6/15 | O | | |
| 240. | | | | | Buy | 7/31 | O | | |
| 241. | | | | | Partial Sale | 6/15 | K | | |
| 242. Lone Cypress Company Ltd | G | Distribution | P1 | U | Partial Sale | 6/22 | M | | See Note # 1 |
| 243. ▬West 4th Street LLC | G | Distribution | O | U | Partial Sale | 7/9 | O | | See Note # 1 |
| 244. | | | | | Partial Sale | 7/12 | O | | |
| 245. SEEF Manager LLC | H1 | Distribution | J | U | Partial Sale | 4/3 | M | | See Note # 1 |
| 246. | | | | | Partial Sale | 5/25 | N | | |
| 247. | | | | | Partial Sale | 6/27 | P1 | | |
| 248. Semper Vic Partners (QP)LP | E | Distribution | | | Stock Distr | 12/31 | N | | See Note # 1 &See Note # 3 |
| 249. | | | | | Sale | 12/31 | N | | |
| 250. Sentinel Capital Investors III LP | G | Distribution | O | U | Buy | 1/23 | L | | See Note # 1 |
| 251. | | | | | Buy | 6/20 | L | | |
| 252. | | | | | Buy | 12/3 | M | | |
| 253. | | | | | Partial Sale | 1/23 | M | | |
| 254. | | | | | Partial sale | 9/26 | L | | |
| 255. SFM Participation II LP | H1 | Distribution | P1 | U | Buy | 3/23 | L | | See Note # 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 10/17 | N | | |
| 291. By The Way Productions LLC | | None | L | U | | | | | |
| 292. HMLP Private Investor LLC | G | Distribution | P1 | U | | | | | Seee Note # 1 |
| 293. IM Safer Inc. Preferred Ser A | | None | L | T | | | | | |
| 294. J K & B Capital V LP | | None | J | U | Buy | 5/4 | M | | |
| 295. | | | | | Buy | 6/12 | N | | |
| 296. | | | | | Buy | 8/14 | M | | |
| 297. | | | | | Buy | 9/17 | K | | |
| 298. | | | | | Buy | 12/4 | L | | |
| 299. SEEF II LP | | None | P1 | U | Buy | 2/5 | M | | |
| 300. | | | | | Buy | 4/20 | N | | |
| 301. | | | | | Buy | 9/20 | N | | |
| 302. | | | | | Partial Sale | 6/6 | O | | |
| 303. Stafford Logistics Inc. Promissory Note | C | Interest | K | T | Partial Sale | 12/27 | J | | |
| 304. Stafford Logistics Inc (Com) | | None | L | T | | | | | |
| 305. Towerbrook Investors II Executive Fund LP | | None | P1 | U | Buy | 1/17 | P1 | | |
| 306. Trident VI LP | | None | N | U | Buy | 3/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 5/21 | K | | |
| 308. | | | | | Buy | 7/31 | K | | |
| 309. | | | | | Buy | 9/20 | J | | |
| 310. | | | | | Buy | 11/26 | K | | |
| 311. | | | | | Partial Sale | 10/19 | J | | |
| 312. Origin Low Net Exposire LP | | None | | | Sold | 12/32 | O | | |
| 313. Kinderhook Capital Fund II LP | | None | J | U | Buy | 2/2 | M | | |
| 314. | | | | | Buy | 4/16 | O | | |
| 315. | | | | | Buy | 5/29 | N | | |
| 316. | | | | | Buy | 7/26 | N | | |
| 317. | | | | | Buy | 11/5 | N | | |
| 318. Pfizer Corp (Com) | D | Dividend | | | Sold | 1/29 | O | E | |
| 319. General Electric Inc (Com) | D | Dividend | | | Sold | 3/7 | O | | |
| 320. Plum Creek Timber Co Inc (Com) | E | Dividend | | | Sold | 11/20 | N | F | |
| 321. Kohls Corp (Com). | | None | N | T | | | | | |
| 322. Thornburg Inv. Tr Intl Value Cl I Fund (Foundation #1) | G | Dividend | P1 | T | Partial Sale | 3/27 | O | F | |
| 323. US Treasury Bill Due 1/11/07 | C | Interest | | | Redemption | 1/11 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. US Treasury Bill Due 2/1/07 | E | Interest | | | Redemption | 2/1 | P1 | | |
| 325. Baxter International Inc Com(X) | A | Dividend | | | Transferred | 4/13 | J | | See Note # 4 |
| 326. Citigroup Inc Com(X) | A | Dividend | | | Transferred | 4/13 | J | | See Note # 4 |
| 327. Johnson & Johnson Inc Com(X) | A | Dividend | | | Transferred | 4/13 | J | | See Note # 4 |
| 328. Thornburg Mortgage Asset Corp Com(X) | A | Dividend | | | Transferred | 4/13 | J | | See Note # 4 |
| 329. US Bancorp Del Com(X) | A | Dividend | | | Transferred | 4/13 | J | | See Note # 4 |
| 330. Wachovia Corp Com(X) | A | Dividend | | | Transferred | 4/13 | J | | See Note # 4 |
| 331. Butler Cnty OH 4.75 Hosp (X) | | None | | | Transferrd | 4/13 | J | | See Note # 4 |
| 332. Franklin County OH 5.5 Health Care(X) | A | Interest | | | Transferred | 4/13 | J | | See Note # 4 |
| 333. Franklin County OH Mtg 5.0(X) | | None | | | Transferred | 4/13 | J | | See Note # 4 |
| 334. Hamilton County OH 5.125 Health Care (X) | A | Interest | | | Transferred | 4/13 | J | | See Note # 4 |
| 335. Madison OH 5 % Cfts Part(X) | | None | | | Transferred | 4/13 | J | | See Note # 4 |
| 336. Ohio State Enviorn Impt 5.625 (X) | | None | | | Transferred | 4/13 | J | | See Note # 4 |
| 337. South Zanesville Ohio GO 5.25(X) | | None | | | Transferred | 4/13 | J | | See Note # 4 |
| 338. Summit County OH Health Care 5.75(X) | | None | | | Transferred | 4/13 | J | | See Note # 4 |
| 339. Wadsworth OH Hsg Dev Mtge 6.2 (X) | A | Interest | | | Transferred | 4/13 | J | | See Note # 4 |
| 340. Manulife Financial corp Com (X) | A | Interest | | | Sold | 3/7 | J | A | See Note # 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Thornburg Ltd Term Muni Fund (X) | A | Dividend | | | Transferred | 4/13 | K | | See Note # 4 |
| 342. Dreyfus Intermediate Muni Bond Fd(X) | A | Dividend | | | Transferred | 4/13 | K | | See Note # 4 |
| 343. North Salem Aquisition & Dev Fund 2005 LP-Preferred Equity | F | Interest | O | T | Buy | 2/26 | M | | |
| 344. KPB Partners LP | | None | P1 | U | Buy | 12/31 | P1 | | |
| 345. US Gov't CI B Fund(X) | A | Dividend | | | Transferred | 4/13 | K | | See Note # 4 |
| 346. USA Bills 2/15/07 Dtd 8/17/06 | C | Interest | | | Buy | 1/5 | P1 | | |
| 347. | | | | | Redemption | 2/15 | P1 | | |
| 348. USA Bills 2/8/07 Dtd 8/10/06 | C | Interest | | | Buy | 1/16 | O | | |
| 349. | | | | | Redemption | 2/8 | O | | |
| 350. USA Bills 3/8/07 Dtd 9/7/06 | E | Interest | | | Buy | 1/5 | P1 | | |
| 351. | | | | | Redemption | 3/8 | P1 | | |
| 352. NYS Convention Center 5.75 % due 6/1/08 | E | Interest | O | T | Buy | 2/7 | O | | |
| 353. NYS Thruway 5 % due 4/1/16 | C | Interest | | | Buy | 2/9 | N | | |
| 354. | | | | | Sold | 4/2 | N | | |
| 355. Childrens Trust Fund-Puerto Rico 5 % due 7/1/08 | D | Interest | O | T | Buy | 2/13 | O | | |
| 356. NYS Dormitory 5.25 % due 5/15/09 | D | Interest | N | T | Buy | 2/20 | N | | |
| 357. NYS Dormitory 5 % due 7/1/29 | C | Interest | | | Buy | 2/20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 7/2 | M | | |
| 359. NYS Dormitory 5 % due 8/15/07 | D | Interest | | | Buy | 2/22 | N | | |
| 360. | | | | | Sold | 8/15 | N | | |
| 361. NYS Dormitory 5.125 % due 5/15/21 | E | Interest | O | T | Buy | 3/19 | O | | |
| 362. MTA 5 % due 11/15/07 | D | Interest | | | Buy | 3/22 | P1 | | |
| 363. | | | | | Redemption | 11/15 | P1 | | |
| 364. NYS Enviornmenttal 5.5 % due 6/15/07 | D | Interest | | | Buy | 3/16 | P1 | | |
| 365. | | | | | Redemption | 6/15 | O | | |
| 366. NYS Thruway 5% due 4/1/10 | E | Interest | P1 | T | Buy | 3/28 | P1 | | |
| 367. NYS Dormitory Authority 5.25% due 11/15/23 | E | Interest | P1 | T | Buy | 4/4 | P1 | | |
| 368. NYS Dormitory 5.2 % due 7/1/09 | C | Interest | | | Buy | 4/9 | N | | |
| 369. | | | | | Sold | 8/20 | M | | |
| 370. Brookhaven NY 4..25% 1due 11/1/37 | E | Interest | P1 | T | Buy | 4/5 | O | | |
| 371. | | | | | Buy | 4/26 | M | | |
| 372. | | | | | Buy | 5/3 | M | | |
| 373. | | | | | Buy | 6/7 | L | | |
| 374. Dutchess County NY 5 % due 8/1/11 | D | Interest | O | T | Buy | 4/18 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. NYS Dormitory Zero Coupon due 8/15/40 | D | Interest | N | T | Buy | 5/17 | N | | |
| 376. Puerto Rico 5 % due 7/1/09 | A | Interest | N | T | Buy | 6/4 | N | | |
| 377. City of NY Genl Pur 5 % due 8/1/12 | B | Interest | O | T | Buy | 7/16 | O | | |
| 378. NYS Dormitory 4.5 % due 7/1/11 | | None | P1 | T | Buy | 7/18 | P1 | | |
| 379. NYS Dormitory 7.5 % due 7/1/10 | | None | N | T | Buy | 7/30 | N | | |
| 380. NYS Local Gov't Assis Corp 5 % due 4/1/09 | C | Interest | P1 | T | Buy | 8/16 | P1 | | |
| 381. NYS Local Gov't Asis 5.4 % due 4/1/15 | D | Interest | | | Buy | 8/16 | P1 | | |
| 382. | | | | | Sold | 10/1 | P1 | | |
| 383. City of NY Genl Pur adj rate due 8/1/16 | D | Interest | P1 | T | Buy | 10/23 | P1 | | |
| 384. | | | | | Partial Sale | 10/25 | N | | |
| 385. City of NY Adj rate due 8/1/17 | B | Interest | N | T | Buy | 10/30 | N | | |
| 386. City of NY- Adj rate due 8/15/18 | B | Interest | N | T | Buy | 10/23 | N | | |
| 387. NYS Dormitory 5.25 % due 7/1/09 | | None | N | T | Buy | 12/6 | N | | |
| 388. Troy NY 5 % due 9/1/37 | | None | P1 | T | Buy | 12/7 | P1 | | |
| 389. NY NY 6.1 % due 6/15/31 | | None | M | T | Buy | 12/18 | M | | |
| 390. NYS Dormitory Adj rate due 11/15/29 | | None | N | T | Buy | 12/20 | N | | |
| 391. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | Buy | 5/8 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Thornburg Global Opportunity Cl 1 | B | Dividend | L | T | Buy | 5/8 | K | | |
| 393. Hansen Medical Inc(Com) | | None | | | Distributed | 5/21 | J | | See Note # 2 |
| 394. | | | | | Donated | 6/7 | K | | |
| 395. | | | | | Distributed | 10/27 | J | | See Note # 2 |
| 396. | | | | | Donated | 11/5 | L | | |
| 397. Sirtris (Com) | | None | | | Distributed | 1130 | K | | See Note # 2 |
| 398. | | | | | Donated | 12/17 | L | | |
| 399. Merck (Com) | | None | | | Distributed | 10/11 | K | | See Note # 2 |
| 400. | | | | | Donated | 10/11 | L | | |
| 401. Xenoport Inc (Com) | | None | | | Distributed | 5/18 | J | | See Note # 2 |
| 402. | | | | | Donated | 5/15 | K | | |
| 403. I Robot (Com) | | None | | | Distribution | 5/1 | J | | See Note # 2 |
| 404. | | | | | Donated | 5/15 | J | | |
| 405. | | | | | Distribution | 8/21 | J | | See Note # 2 |
| 406. | | | | | Donated | 9/27 | K | | |
| 407. Thornburg CRE GWT 1 (Trust # 2) | A | Dividend | K | T | Buy | 1/19 | K | | |
| 408. | | | | | Buy | 6/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Altria Corp(Com) | | None | O | T | Distributed | 12/31 | N | | See Note # 2 |
| 410. Martin Marietta Materials Inc (Com) | | None | N | T | Distributed | 12/31 | M | | See Note # 2 |
| 411. Morgan Stanley Bank (Savings) | A | Interest | K | T | Buy | 11/1 | K | | |
| 412. Morgan Stanley Bank (Savings) | A | Interest | K | T | Buy | 11/1 | K | | |
| 413. Morgan Stalney Bank (Savings) | A | Interest | K | T | Buy | 11/1 | K | | |
| 414. Morgan Stanley-Cash Account | | None | K | T | Buy | 12/26 | K | | |
| 415. Morgan Stanley-Cash Account | | None | K | T | Buy | 12/26 | K | | |
| 416. Morgan Stanley-Cash Account | | None | K | T | Buy | 12/26 | K | | |
| 417. Thornburg Global Opportunity Fd 1 | F | Dividend | P1 | T | Buy | 3/26 | P1 | | |
| 418. Tessco Tech Inc (Com) | | None | | | Buy | 8/13 | N | | |
| 419. | | | | | Sold | 11/21 | N | F | |
| 420. Wellcare Health Plans Inc (Com) | | None | | | Buy | 10/31 | N | | |
| 421. | | | | | Donated | 12/20 | N | | |
| 422. Thornburg CRE GWT (IRA) | A | Dividend | J | T | Buy | 2/1 | J | | |
| 423. Morgan Stanley Bank-(Savings) | C | Interest | M | T | Buy | 9/10 | M | | |
| 424. Morgan Stanley Trust Bank-(Savings) | B | Interest | L | T | Buy | 9/10 | L | | |
| 425. Highbridge Statistical Market Neutral Fd Select Sh | E | Dividend | | | Buy | 1/18 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 12/31 | O | | |
| 427. Atticus Global LP | F | Distribution | P1 | U | Buy | 4/2 | O | | See Note # 1 |
| 428. DLH Capital Partners LP | E | Distribution | P1 | U | Buy | 1/2 | O | | See Note # 1 |
| 429. Inavein LLC | | None | N | U | Buy | 11/19 | N | | |
| 430. Ironwood Management Partners Fund II LP | | None | M | U | Buy | 11/20 | K | | |
| 431. | | | | | Buy | 12/12 | M | | |
| 432. KCM Alphan Only Fund LP | F | Distribution | P1 | U | Buy | 3/1 | O | | See Note # 1 |
| 433. Linx-Cimarron Energy Co-Invest, LLC | C | Interest | N | U | Buy | 8/13 | M | | |
| 434. | | | | | Partial Sale | 10/23 | J | | |
| 435. Linx-McBride America Co-Invest, LLC | B | Interest | N | U | Buy | 6/26 | N | | |
| 436. | | | | | Partial Sale | 10/23 | J | | |
| 437. MB Growth Partners II LP | | None | N | U | Buy | 3/26 | N | | |
| 438. Olympus Capital Asia III LP | | None | O | U | Buy | 8/13 | O | | |
| 439. The Optima Partners Focus Fund LLC | G | Distribution | P1 | U | Buy | 1/2 | O | | See Note # 1 |
| 440. RGI Co Investment Fund LP | | None | O | U | Buy | 11/30 | O | | |
| 441. RGI Partners Ltd | | None | P1 | U | Buy | 7/26 | O | | |
| 442. | | | | | Buy | 11/27 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. SC Capital (P) LP | | None | P1 | U | Buy | 2/27 | P1 | | |
| 444. | | | | | Buy | 5/21 | J | | |
| 445. | | | | | Buy | 9/7 | J | | |
| 446. | | | | | Buy | 11/27 | J | | |
| 447. Sire Global Partners LP | D | Distribution | O | U | Buy | 2/15 | N | | See Note # 1 |
| 448. ███ Capital Partners LP | | None | P1 | U | Buy | 1/19 | K | | |
| 449. | | | | | Buy | 8/8 | M | | |
| 450. | | | | | Buy | 9/25 | N | | |
| 451. | | | | | Buy | 10/26 | P1 | | |
| 452. ███ Management LP | | None | O | U | Buy | 6/12 | O | | |
| 453. ███ ) LP | | None | P1 | U | Buy | 11/19 | P1 | | |
| 454. Unigo LLC | | None | O | U | Buy | 8/6 | O | | |
| 455. REN Private Investors LLC | | None | L | U | Buy | 1/2 | O | | |
| 456. | | | | | Partial Sale | 5/1 | O | | |
| 457. | | | | | Partial Sale | 10/12 | L | | |
| 458. Camulos Special Situations Fund LP | | None | O | U | Buy | 4/2 | O | | |
| 459. ICP D600B LLC-Preferred Equity | | None | O | T | Buy | 12/17 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Wall Street Sources Inc(Com) | | None | O | T | Buy | 4/10 | O | | |
| 461. Navagate Inc (Promissory Note) | | None | P1 | T | Buy | 10/19 | P1 | | |
| 462. Omnilink Systems Inc (Ser B Preferred Stock) | | None | O | T | Buy | 1-16 | O | | |
| 463. American Home Food Products Inc (Com) | | None | N | T | Buy | 6/6 | M | | |
| 464. | | | | | Buy | 6/18 | M | | |
| 465. IM Safer Inc-(Convertible Promissory Note) | | None | K | T | Buy | 6/29 | K | | |
| 466. Vanguard Prime Money Market FD(IRA) | D | Dividend | O | T | Buy | 1/2 | O | | See Note # 6 |
| 467. Vanguard Short Term Inv Gr Inc (IRA) | E | Dividend | P1 | T | Buy | 1/2 | P1 | | See Note # 6 |
| 468. Pend Vest LP | | None | N | T | Buy | 12/12 | N | | |
| 469. ██████Partners | G | Distribution | O | T | Buy | 1/2 | O | | See Note # 1 |
| 470. | | | | | Partial Sale | 5/2 | M | | |
| 471. | | | | | Partial Sale | 9/7 | M | | |
| 472. | | | | | Partial Sale | 10/25 | L | | |
| 473. Syndicate Holdings Corp | | None | K | U | Buy | 3/26 | J | | |
| 474. | | | | | Buy | 8/22 | J | | |
| 475. | | | | | Buy | 10/26 | J | | |
| 476. | | | | | Buy | 12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note #1
Explanation Re:Section VII Item #'
19,37,42,46,47,49,68,74,76,77,78,82,100,116,117,119,128,130,169,213,218,219,221,231,242,243,245,248,250,255,261,284,292,427,428,432,439,447,469
The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income was contained in schedule K-1 received from the partnership.

Note # 2
Explanation Re:Section VII Item #'s 393,395,397,399,401,403,405,409,410
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships These securities are listed as a "Distribution" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in column D(3) is the distributees's pro rate share of the total acquisition of the assets by the Limited Partnership, as reported by the General Partner.

Note # 3
Explanation Re:Section VII Item # 45,72,73,112,113,114,115,248
The Limited Partnership distributed shares of securites that were purchased and held by the partnership, This information is noted as "Stock Distr"" in Column D(1). The date the shares were distributed is listed in Column D(2). The value in column D(3) is the distributee's pro rata share of the total acqusition of the assets by the Limited Partnership,as reported by the General Partner.

Note # 4
Explanation Re:Section VII Item #325,326,327,328,329,330,331,332,333,334,335,336,337,338,339,340,341,342,345
On May 25,2006, Judge McMahon's father died. Judge McMahon thereupon obtained a beneficial interest in the holdings of the ████████ Revocable Trust, ███████ Trustee. The disposition date of each reportable security in the Trust is noted. All securities remaining in the Trust as of April 13, 2007 were rolled into the Marital Trust in favor of Mr. McMahon's wife, whereupon Judge McMahon ceased to have a reportable beneficial interest in those securities.

Note # 5
Explanation Section VII Item # 213,214,215,216,217
████████ Capital Partners Ltd is a Sub-chapter S corporation owned 100% by Judge McMahon's ████ The corportaion purchased various secuities during 2007 and are listed below the corporation The value of the securities and promissory note is included in the total indicated on line 253 Column C(1

Note # 6
Explanation Section VII Item # 40,466,467
The Quantum Fund (IRA) was liquidated and transferred to Vanguard Prime Money Market and Vanguard Short Term Inv Gr Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/06/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544